UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  17-CV-20260-JAL/Goodman

SHEILA BODNER, as Personal
Representative of the Estate of
HOWARD BODNER, Deceased,

     Plaintiffs,
v.

ROYAL CARIBBEAN CRUISES, LTD.,
A Liberian Corporation, ROSARIA DELOGU,
and HELEN JOHNSTON,

     Defendant.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

The Plaintiff, SHEILA BODNER, as Personal Representative of the Estate of HOWARD BODNER, Deceased, by and through undersigned counsel, hereby files her Certificate of Interested Parties.  The parties affiliated with Plaintiff having an interest in this litigation, so far as is known to Plaintiff to date, are:

1. Plaintiff, SHEILA BODNER, as Personal Representative for the Estate of HOWARD BODNER, Deceased. c/o Gerson & Schwartz, P.A. 1980 Coral Way, Miami, Florida 33145.

2. Counsel for Plaintiff- Philip M. Gerson, Esq., Edward S. Schwartz, Esq., David Markel, Esq., and Nicholas I. Gerson, Esq., Gerson & Schwartz, P.A.,1980 Coral Way, Miami, FL 33145.

Howard Bodner v. Royal Caribbean, etc., et. al.
CASE NO.  17-CV-20260-JAL/Goodman

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically on all attorneys of record on the attached Service List on this 17th day of May, 2017.

                                                 **s/PHILIP M. GERSON**
PHILIP M. GERSON
Florida Bar No. 127290
pgerson@gslawusa.com
filing@gslawusa.com
zdiaz@gslawusa.com
GERSON & SCHWARTZ, P.A.
Attorneys for Plaintiffs
1980 Coral Way
Miami, FL 33145-2624
Telephone:     (305) 371-6000
Facsimile:      (305) 371-5749

Howard Bodner v. Royal Caribbean, etc., et. al.
CASE NO.  17-CV-20260-JAL/Goodman

## SERVICE LIST

Michael J. Drahos, Esq.
Fla. Bar #  0617059
E-mail: mdrahos@fowler-white.com
Marc J. Schleier, Esq.
Fla. Bar #  389064
E-mail: mscheleier@fowler-white.com
Fowler White Burnett, P.A.,
Northbridge Centre
515 North Flagler Drive,
Suite 2100,
West Palm Beach, FL  33401