UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  17-CV-20260-JAL/Goodman

SHEILA BODNER, as Personal
Representative of the Estate of
HOWARD BODNER, Deceased,

      Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES, LTD.,
A Liberian Corporation, ROSARIA DELOGU,
and HELEN JOHNSTON,

      Defendant.

_____/

## NOTICE OF FILING DOCUMENTS FOR USE AT HEARING SCHEDULED FOR NOVEMBER 2, 2017 AT 2:00 P.M.

The Plaintiff by and through her undersigned counsel files the attached documents for use at hearing now schedule for November 2nd, 2017, to wit:

1. Defendant, ROYAL CARIBBEAN CRUISES, LTD.'s Notice of Answers to Interrogatories and Answers to Interrogatories, dated August 28th, 2017, in response to Plaintiff's Interrogatories propounded on July 28th, 2017.

2. Defendant, ROYAL CARIBBEAN CRUISES, LTD.'s Response to Request to Produce, dated August 28th, 2017, regarding Plaintiff's Request to Produce dated July 28th, 2017.

3. Defendant, ROYAL CARIBBEAN CRUISES, LTD.'s Notice of Production from Non-Party dated July 27th, 2017.

4. Defendant, ROYAL CARIBBEAN CRUISES, LTD.'s Notice of Compliance dated August 16th, 2017.

SHEILA BODNER, ETC. V. ROYAL, ETC..
CASE NO.  17-CV-20260-JAL/Goodman

     5.     Defendant, ROYAL CARIBBEAN CRUISES, LTD.,'S Medical Records as produced to date.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically on all attorneys of record on the attached Service List on this 17th day of October, 2017.

**s/PHILIP M. GERSON**
PHILIP M. GERSON
Florida Bar No. 127290
pgerson@gslawusa.com
filing@gslawusa.com
zdiaz@gslawusa.com
GERSON & SCHWARTZ, P.A.
Attorneys for Plaintiffs
1980 Coral Way
Miami, FL 33145-2624
Telephone:    (305) 371-6000
Facsimile:    (305) 371-5749

GERSON & SCHWARTZ, P.A. • 1980 Coral Way • Miami, Florida 33145-2624
Dade (305) 371-6000 • Broward (954) 845-0535 • Fax (305) 371-5749 • Toll Free (877) 475-2905
www.injuryattorneyfla.com

SHEILA BODNER, ETC. V. ROYAL, ETC..
CASE NO.  17-CV-20260-JAL/Goodman

## SERVICE LIST

William A. Potucek, Esq.
Fla. Bar # 100577
E-Mail:wpotucek@fowler-white.com
Christopher E. Knight, Esq.
Fla. Bar # 607363
E-mail: cknight@fowler-white.com
Marc J. Schleier, Esq.
Fla. Bar #  389064
E-mail: mscheleier@fowler-white.com
Fowler White Burnett, P.A.,
Northbridge Centre
515 North Flagler Drive,
Suite 2100,
West Palm Beach, FL  33401

GERSON & SCHWARTZ, P.A. • 1980 Coral Way • Miami, Florida 33145-2624
Dade (305) 371-6000 • Broward (954) 845-0535 • Fax (305) 371-5749 •Toll Free (877) 475-2905
www.injuryattorneyfla.com

Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SHEILA BODNER, as Personal
Representative of the Estate of HOWARD
BODNER, Deceased,

      Plaintiff,

v.                            CASE NO. 17-cv-20260-JAL/O'Sullivan

ROYAL CARIBBEAN CRUISES, LTD., a
Liberian Corporation, ROSARIA DELOGU
and HELEN JOHNSTON,

      Defendants.

## NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES

    Defendant, ROYAL CARIBBEAN CRUISES LTD., hereby gives notice of its service of its Answers to Plaintiff, SHEILA BODNER, as Personal Representative of the Estate of Howard Bodner, Deceased's interrogatories, attached hereto.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via email this 28th day of August, 2017 to Nicholas I. Gerson, GERSON & SCHWARTZ, P.A., ngerson@gslawusa.com; Philip M Gerson, Esq., GERSON & SCHWARTZ, P.A., pgerson@gslawusa.com and zdiaz@gslawusa.com; David L. Markel, GERSON & SCHWARTZ, P.A., dmarkel@gslawusa.com; and Edward S. Schwartz, GERSON & SCHWARTZ, P.A., eschwartz@gslawusa.com.

CASE NO. 17-cv-20260-JAL/Goodman

Respectfully submitted,

Michael J. Drahos
Fla. Bar No. 0617059
Email: mdrahos@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Northbridge Centre
515 North Flagler Drive, Suite 2100
West Palm Beach, Florida 33401
Telephone:    (561) 802-9044
Facsimile:    (561) 802-9976

CASE NO. 17-cv-20260-JAL/Goodman

## ANSWERS TO INTERROGATORIES

1.    Was there a medical emergency involving Howard Bodner on January 26, 2016 on board the *Allure of the Seas* within the meaning of RCL's SQM chapter 14.01?

**Yes.**

2.    Did the medical emergency referenced in interrogatory 1 require medical intervention, treatment or supplies not available on the ship.

**Objection; Interrogatory No. 2 calls for a medical expert opinion and is an improper/premature contention interrogatory   Without waiving the foregoing objection; unknown to this Defendant.  RCCL defers to the medical judgment of its shipboard physicians, Drs. Rosario Delagu and Helen Johnston.**

3.    Did Howard Bodner need to be disembarked for transfer to a shore side medical facility for definitive medical care.

**Objection; Interrogatory No. 3 is vague as to the time frame being referenced. Additionally, Interrogatory No. 3 calls for a medical expert opinion and is an improper/premature contention interrogatory.  Without waiving the foregoing objections; unknown to this Defendant.  RCCL defers to the medical judgment of its shipboard physicians, Drs. Rosario Delagu and Helen Johnston.**

4.    Did the risks of transfer of Howard Bodner outweigh the benefits of the transfer? If so, please explain the risk/benefit of RCL.

**Objection; Interrogatory No. 4 is vague as to the time frame being referenced. Additionally, Interrogatory No. 4 calls for a medical expert opinion and is an improper/premature contention interrogatory.  Without waiving the foregoing objections; unknown to this Defendant.  RCCL defers to the medical judgment of its shipboard physicians, Drs. Rosario Delagu and Helen Johnston.**

5.    Did medical operations staff assist with logistics and transport arrangements for Howard Bodner?  If so, state:

     a.    The name of all RCL staff who assisted

     b.    Explain what each staff member did to assist

     c.    Identify all documentation which existed concerning the assistance

**Based upon current information and belief, a call was made by a member of the medical staff aboard the *Allure* to the port agent in Bayonne. Subsequent calls were made by Dr. Helen Johnston.**

FOWLER WHITE BURNETT P.A. • 515 NORTH FLAGLER DRIVE, SUITE 2100, WEST PALM BEACH, FLORIDA 33401 • (561) 802-9044

CASE NO. 17-cv-20260-JAL/Goodman

6.      Did a CARE team manage accompany Mr. Bodner when he left the ship on January 26, 2016? If so state:

      a.      The name of all CARE team members

      b.      Explain what each CARE team member did to assist

      c.      Identify all documentation which existed concerning the assistance

**No**

7.      Did the treating ship's physician determine that medical disembarkation was necessary for Howard Bodner on January 26, 2016. If so,

**Yes**

      a.      Did the ship's treating physician determine that suitable shore side medical facilities were available to treat Howard Bodner? If so did the ship's treating physician determine the most appropriate receiving facility for Howard Bodner? If so, did the ship's treating physician determine the facility utilizing

            i. the local port agent – **Yes**

            ii. Prior experience with local hospitals – **Yes**

            iii. A travel assistance company assigned by Howard Bodner's travel insurance provider. – **No**

      b.      Was a CARE team associate disembarked by the ship to remain with Howard Bodner. – **No**

      c.      Which if any of the "circumstances" set forth in SQM 14.02 were applicable to Howard Bodner. – **Assistance from the local port agent and prior experience with the local hospital.**

8.      Did a member of the ship's medical team notify the appropriate shore side support team of the Howard Bodner disembarkation on January 26, 2016? If so, state the name of the person who made the notification, the date and time of the notification, the means (telephone, email, text, etc) of notification and identify all documentation of the notification.

**Based upon current information and belief, a call was made by a member of the medical staff aboard the *Allure* to the port agent in Bayonne. Subsequent calls were made by Dr. Helen Johnston.**

9.      Were the services of the local port agent requested to assist in providing appropriate emergency ground transportation to the receiving hospital for Howard Bodner to disembark the Anthem of the Seas on January 26, 2016? If so, identify the time, the services

requested, the names of all persons to whom the request was made, and the means of requested assistance (e.g. telephone, email, text, etc.).

**Based upon current information and belief, a call was made by a member of the medical staff aboard the *Allure* to the port agent Kelly Machado in Bayonne.**

10.    Did the ship's medical team request: (yes or no for each)

      a.    Ambulance **- Yes**

      b.    Basic life support crew response **- No**

      c.    Advanced Life Support crew response **– Yes**

      In the event of a, b and/or c were notified state the name of the medical team member who made the notification, the times of all notifications, and identify all documentation of the notification(s).

**Based upon current information and belief, a call was made by a member of the medical staff aboard the *Allure* to the port agent in Bayonne.  Subsequent calls were made by Dr. Helen Johnston.  Please see the RCCL medical chart previously produced.**

11.    Was there any doubt about the ability of the responding medical transport crew to manage the clinical condition of Howard Bodner on January 26, 2016?  If so state in detail the factual basis for such doubts.

**Objection; Interrogatory No. 11 calls for a medical expert opinion and is an improper/premature contention interrogatory.  Without waiving the foregoing objections; unknown to this Defendant.  RCCL defers to the medical judgment of its shipboard physicians, Drs. Rosario Delagu and Helen Johnston.**

12.    Was any medical equipment needed to manage Howard Bodner's clinical condition during transport from the Anthem of the Seas to Bayonne Medical Center on January 26, 2016?  If so, identify all such equipment, and state whether it was provided for Mr. Bodner's transport on January 26, 2016.

**Objection; Interrogatory No. 12 calls for a medical expert opinion and is an improper/premature contention interrogatory.  Without waiving the foregoing objections; unknown to this Defendant.  RCCL defers to the medical judgment of its shipboard physicians, Drs. Rosario Delagu and Helen Johnston.**

13.    Was a ship's physician or nurse assigned to medically supervise the transport of Howard Bodner to Bayonne Medical Center on January 26, 2016?  If so, state the name of the persons who supervised the transport.  If not, state all reasons why no supervised transport occurred.

FOWLER WHITE BURNETT P.A. • 515 NORTH FLAGLER DRIVE, SUITE 2100, WEST PALM BEACH, FLORIDA 33401 • (561) 802-9044

CASE NO. 17-cv-20260-JAL/Goodman

**No, care was transferred to the paramedics.**

14.     Did a ships physician call Bayonne Medical Center to alert them of the transfer and provide additional background clinical information?  If so, state the name of the person who called, the times of all calls, the names of the persons spoken to.  If not, state all reasons why no call was made.

**Yes, Dr. Helen Johnston.  The exact time of the call is unknown.**

15.     Did Howard Bodner die while onboard the Anthem of the Seas on January 26, 2016?  If so, was any report made to the CDC Division of the Global Migration and Quarantine system (MIDRS)?

**No, he was pronounced dead at Bayonne Medical Center.**

Fowler White Burnett P.A. • 515 North Flagler Drive, Suite 2100, West Palm Beach, Florida 33401 • (561) 802-9044

Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SHEILA BODNER, as Personal
Representative of the Estate of HOWARD
BODNER, Deceased,

       Plaintiff,

v.                                     CASE NO. 17-cv-20260-JAL/O'Sullivan

ROYAL CARIBBEAN CRUISES, LTD., a
Liberian Corporation, ROSARIA DELOGU
and HELEN JOHNSTON,

       Defendants.

## DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION

Defendant, ROYAL CARIBBEAN CRUISES, LTD., by and through its undersigned counsel, hereby Responds to Plaintiff's, SHEILA BODNER, as Personal Representative of the Estate of HOWARD BODNER, Deceased, July 28, 2017 Requests for Production.

## RESPONSES TO REQUESTS FOR PRODUCTION

1.     All documentation referenced in interrogatories 5, 6, 8, 9, 10, 15 of the same date at this request.

**RESPONSE: None other than medical chart previously produced.**

2.     Versions 48, 51, 54, 60, 61, 66 published 8/20/10; 5/4/11; 1/20/12; 8/8/13; 10/10/13; 1/13/15 of section 14 pertaining to medical disembarkation of a Guest in Port.

**RESPONSE: Objection; Request for Production No. 2 is overbroad as to the scope of the time period of information that is being requested and thus calls for information which is not reasonably calculated to lead to the discovery of admissible evidence.**

3.     "Guest Landed Report" for Howard Bodner.

**RESPONSE: See attached**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via email this 28th day of August, 2017 to Nicholas I. Gerson, GERSON & SCHWARTZ, P.A., ngerson@gslawusa.com; Philip M Gerson, Esq., GERSON & SCHWARTZ, P.A., pgerson@gslawusa.com and zdiaz@gslawusa.com; David L. Markel, GERSON & SCHWARTZ, P.A., dmarkel@gslawusa.com; and Edward S. Schwartz, GERSON & SCHWARTZ, P.A., eschwartz@gslawusa.com.

Respectfully submitted,

Michael J. Drahos
Fla. Bar No. 0617059
Email: mdrahos@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Northbridge Centre
515 North Flagler Drive, Suite 2100
West Palm Beach, Florida 33401
Telephone:   (561) 802-9044
Facsimile:   (561) 802-9976

4828-3780-8206, v. 1

- 2 -

Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SHEILA BODNER, as Personal
Representative of the Estate of HOWARD
BODNER, Deceased,

        Plaintiff,

v.                                 CASE NO. 17-cv-20260-JAL/O'Sullivan

ROYAL CARIBBEAN CRUISES, LTD., a
Liberian Corporation, ROSARIA DELOGU
and HELEN JOHNSTON,

        Defendants.

## NOTICE OF PRODUCTION FROM NON-PARTY

In accordance with Rules 45(b)(1) and 5(b) of the Federal Rules of Civil Procedure, the

Defendant, ROYAL CARIBBEAN CRUISES, LTD, hereby serves its Subpoenas Duces Tecum

to the following Non Parties:

1. Charles Koo, M.D.

2. Weil Cornell Medical College Hospital – Medical Records

3. Weil Cornell Medical College Hospital – Radiology

4. Weil Cornell Medical College Hospital – Patient Accounts

5. Willis Eye Hospital – Medical Records

6. Willis Eye Hospital – Radiology

7. Willis Eye Hospital – Patient Accounts

8. Craig P. Bontempo, M.D.

9. Darsit Shah, M.D.

CASE NO. 17-cv-20260-JAL/Goodman

10.   Eric Abrams, M.D.

11.   Orsini Gilson & Miller, MDs

12.   Crest Physical Therapy

13.   Horizon Blue Cross Blue Shield of New Jersey

14.   United Healthcare

15.   Medicare

16.   CVS

17.   Express Scripts, Inc.

18.   Bank of America

19.   Fidelity Investments

20.   Wells Fargo Bank

21.   Wells Fargo Financial

22.   M&T Bank

23.   Verizon Cellco Partnership

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via email this 27th day of July, 2017 to Nicholas I. Gerson, GERSON & SCHWARTZ, P.A., ngerson@gslawusa.com; Philip M Gerson, Esq., GERSON & SCHWARTZ, P.A., pgerson@gslawusa.com and zdiaz@gslawusa.com; David L. Markel, GERSON & SCHWARTZ, P.A., dmarkel@gslawusa.com; and Edward S. Schwartz, GERSON & SCHWARTZ, P.A., eschwartz@gslawusa.com.

FOWLER WHITE BURNETT P.A. • BRICKELL ARCH, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200

CASE NO. 17-cv-20260-JAL/Goodman

Respectfully submitted,

Michael J. Drahos
Fla. Bar No. 0617059
Email: mdrahos@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Northbridge Centre
515 North Flagler Drive, Suite 2100
West Palm Beach, Florida 33401
Telephone:    (561) 802-9044
Facsimile:    (561) 802-9976

4835-1132-2444, v. 1

- 3 -

Exhibit 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SHEILA BODNER, as Personal
Representative of the Estate of HOWARD
BODNER, Deceased,

      Plaintiff,

v.                                 CASE NO. 17-cv-20260-JAL/O'Sullivan

ROYAL CARIBBEAN CRUISES, LTD., a
Liberian Corporation, ROSARIA DELOGU
and HELEN JOHNSTON,

      Defendants.

### <u>NOTICE OF COMPLIANCE</u>

    The Defendant, Royal Caribbean Cruises, Ltd, by and through the undersigned counsel,

has complied with Plaintiff, Sheila Bodner, as Personal Representative of the Estate of Howard

Bodner, Deceased's Request for Copies, by forwarding copies of the records received from:

    **Pursuant to Request for Copies dated June 29, 2017:**

    1.    McCabe Ambulance Service, Inc.

    2.    Jersey City Medical Center EMS – No Films [Provided via email 7/24/17]

    **Pursuant to Request for Copies dated August 11, 2017:**

    3.    Wills Eye Hospital – Radiology – No Films [Provided via email 7/31/17]

    4.    M & T Bank – No Records

    5.    Charles Koo, MD

    6.    Orsini Gilson & Miller, MDs

    I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via email

this <u>16th</u> day of August, 2017 to Nicholas I. Gerson, GERSON & SCHWARTZ, P.A.,

CASE NO. 17-cv-20260-JAL/Goodman

ngerson@gslawusa.com; Philip M Gerson, Esq., GERSON & SCHWARTZ, P.A., pgerson@gslawusa.com and zdiaz@gslawusa.com; David L. Markel, GERSON & SCHWARTZ, P.A., dmarkel@gslawusa.com; and Edward S. Schwartz, GERSON & SCHWARTZ, P.A., eschwartz@gslawusa.com.

Respectfully submitted,

Michael J. Drahos
Fla. Bar No. 0617059
Email: mdrahos@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Northbridge Centre
515 North Flagler Drive, Suite 2100
West Palm Beach, Florida 33401
Telephone:   (561) 802-9044
Facsimile:   (561) 802-9976

4828-8605-4733, v. 1

- 2 -

Exhibit 5

## Patient Demographic

### HOWARD BODNER

| | | |
|---|---|---|
| **Name:** HOWARD BODNER | **Gender:** male | **Date of Birth:** Apr 15, 1940 |
| **Address:** | **Address1:** | **Address2:** |
| **City:** | **State:** | **Country:** UNITED STATES |
| **Postal:** | **Phone:** | **Email:** |
| **Race:** | **Height:** | **Weight:** |
| **Eye Color:** | **Hair Color:** | **Age:** 75 |
| **Cabin:** 9656 | **Passport:** | |

### Past Medical History

#### Medical History

| Condition | Date onset | Date of Resolution |
|---|---|---|
| Uric acid nephrolithiasis<br>*Notes: takes allopurinol* | 1999 | |
| Heart failure, unspecified<br>*Chronic illness* | 2006 | |
| Vertigo of central origin<br>*Notes: exact date not known* | 2011 | |
| Spinal stenosis, other region<br>*Notes: exact date not known* | 2010 | |
| Diabetes mellitus without mention of complication, type I [juvenile type], not stated as uncontrolled<br>*Notes: takes insulin* | 2000 | |

#### Surgical History

| Surgery | Date | Location |
|---|---|---|
| Percutaneous stent placement into the left external iliac artery<br>*Notes: Had two MIs 1992 and 2006* | 2006 | home |

### Active Medications



FWB000001

| Medication | Prescribed | Dispensed / Administered |
|---|---|---|
| **NITROGLYCERIN TABLET 0.4MG PO**<br>Frequency: 1 Tablet as directed<br>Dispense Amount: 2 Tablet | Dr Rosaria Delogu<br>Jan 24, 2016 | Dr Rosaria Delogu<br>Jan 24, 2016<br>22:02 EST |
| **ALLOPURINOL TABLET ESTIMATED / UNKNOWN**<br>Frequency: 1 Tablet as directed | | |
| **ASPIRIN LOW DOSE TABLET,DELAYED RELEASE ESTIMATED / UNKNOWN**<br>Frequency: 1 Tablet as directed | | |
| **AVODART CAPSULE 0.5 MG**<br>Frequency: 1 Capsule as directed | | |
| **AVODART CAPSULE 0.5 MG**<br>Frequency: 1 Capsule as directed | | |
| **CARVEDILOL TABLET ESTIMATED / UNKNOWN**<br>Frequency: 1 Tablet as directed | | |
| **COUMADIN TABLET 5 MG**<br>Frequency: 1 Tablet as directed | | |
| **DIOVAN HCT TABLET 160-12.5 MG**<br>Frequency: 1 Tablet as directed | | |
| **JANUVIA TABLET 25 MG**<br>Frequency: 1 Tablet as directed | | |
| **LANTUS SOLOSTAR SUB-Q INSULIN PEN ESTIMATED / UNKNOWN**<br>Frequency: 1 Unit as directed | | |
| **LASIX TABLET 40 MG**<br>Frequency: 1 Tablet as directed | | |
| **LIPITOR TABLET 10 MG**<br>Frequency: 1 Tablet as directed | | |
| **STARLIX TABLET 120 MG**<br>Frequency: 1 Tablet as directed | | |
| **UROXATRAL TABLET,EXTENDED RELEASE 10 MG**<br>Frequency: 1 Tablet as directed | | |

## Allergies

Last review by: Daniela Croitoru RN on Jan 24, 2016 15:21 EST

| Allergy | Comments | Identified By | Date | Last Reaction |
|---|---|---|---|---|
| clindamycin<br>Reaction: upset stomach.<br>Treatment: avoid. | | | | |
| Black Pepper<br>Reaction: anafilaxis.<br>Treatment: avoid. | | | | |

| Allergy<br>Social Hx | | Comments | Identified By | Date | Last Reaction |
|---|---|---|---|---|---|

No Social History found for this patient

## Encounters Sections

### Clinical Note Jan 24, 2016

**Triage Chief Complaint**
Patient attends clinic for Cough and Shortness of breath.

**Notes**
Started with some cold symptoms ,the cough is getting worse,feels his chest is congested and has shortness of breath when walking.Has an implanted defibrillator

**Triage Entered By**
Daniela Croitoru RN on Jan 24, 2016 at 15:04 EST

**Priority**


### Chief Complaint / HPI

75 year-old male from United States presents with:
*SOB*
  Notes: cold symptoms with cough for the past four days, used OTC but the symptoms got worse. Today persistent productive cough, fatigue and difficult in breathing.
  *Entered by: Dr Rosaria Delogu on Jan 24, 2016 at 21:30 EST*

**Physical Examination**
*General:*
78 years old gentleman, obese, tachypnoeic but able to talk in full sentences, not using accessory respiratory muscles. Non diaphoretic, no chest pain. Continuous persistent cough, malaise and fatigue, no anxiety, no restlessness. Hx of IHF, IDDM, MIs (1992-2006), borderline renal failure. Implanted defibrillator.
*Cardiovascular:*
  Cardiac. Rhythm regular, S1 and S2 normal, no murmur or gallop,.
Bilateral pitting edema on the extremities, not distended jugular veins. BP 130/70, HR 70 rhythmic. EKG: sinus rhythm 70 bpm, first degree AV block, RBBB,.
*Respiratory:*
Good chest expansion, good air entry. Bilateral basal fine crepitations. RR 16, Sat O2 89% in room air.
  *Entered by: Dr Rosaria Delogu*

### Working Diagnosis

486 · Pneumonia, organism unspecified
518.4 - Acute edema of lung, unspecified
  *Written by: Dr Rosaria Delogu*


FWB000003

## Notes

15:20 taken to ER and started O2 by nasal cannula at 4l/min. started IV line and EKG done
15:40 Given Furosemide 20mg IV slowly.
16:00 patient urinated 290ml in the urinal
16:30 Taken to observation room, vital signs are good, SaO2 is 96% on nasal cannula
17:00 Given another Furosemide 20mg IV slowly.
17:30 Urinated 280ml in the urinal., Patient is with his wife, watching TV
17:45 Switched to non re breathable mask at 6l/min, since the SaO2 drops to 91-92% on nasal cannula when lying in bed
18:15 The SaO2 is 97% with the mask. Given one tablet of NTG SL, Aslo, started nebulization with Dexamethasone 1ml and Acetylcisteine 2ml
18:35 Given another NTG tablet SL
19:00 Patient cannot stay without oxygen ,the SaO2 drops to 83% without O2.
He is restarted on O2 nasal cannula at 4l/min.Sa O2 increases to 93%.
Urinated 300ml, in the urinal.
19:20 Taken Chest X-ray sitting in bed.
19:30 Started Azythromicin 500mg in 250ml Normal saline.
*Written by Daniela Croitoru RN on Jan 24, 2016 at 15:17 EST*


Patient admitted for observation, vital signs monitoring, O2 administration and treatment.
Sitting in bed with continuous productive cough, no SOB, RR 16. Sat O2 92% with O2/4L nasal cannula (86% in room air) Cardiovascular stable with BP 120/80 and HR 70 rhythmic.
-treatment: Lasix 20mg X 2 /IV and Nitro 0.4mg/ SL
Chest: L chest clear, now audible crepitations ob R basal lung.
Sat O2 not improved, still 92% with oxygen 3 L, 84% in room air
Patient requesting food and sodas, taking own insulin and oral hypoglycaemic medications as usual.
Plan:- started on Azitromycin 500mg IV in 250 ml Normal saline + oral Augmentin BD (the patient took already a first dose of self prescribed Augmentin)
- nebs with Dexamethasone 10 mg and Acetyl 2 ml
-admitted overnight for O2 theraphy /4 liters/ nasal cannula and observation
*Written by Dr Rosaria Delogu on Jan 24, 2016 at 22:20 EST*


1.30 AM: patient sleeping with occasional cough. Vital signs unvaried.
*Written by Dr Rosaria Delogu on Jan 25  2016 at 01:30 EST*


21:30 patient is eating and after that he made his insulin
21:45 tried to let the patient to breathe without nasal cannula but the oxygen is dropping
22:00 starting again with nasal cannula
22:10 patient is resting
22:40 patient is going to restroom
22:50 back to bed
23:00 patient is resting
23:30 patient is going to restroom
23:40 back to bed
00:30 patient is resting
00:50 patient is going to restroom
01:00 back to bed
01:30 patient is resting
01:45 patient is sleeping without nasal cannula but the SpO2 is still dropping
02:00 starting again with nasal cannula
02:40 patient is going to restroom
02:50 back to bed
03:20 patient is sleeping
04:00 patient is sleeping
04:50 patient is going to restroom and he is having 1 soft bowel movement
05:10 patient back to bed
05:30 patient is resting
06:00 patient endorsed to nurse Wilma
*Written by Adriana Chlabu RN on Jan 25  2016 at 05:31 EST*


## Medications

SALINE INJECTION NORMAL 0.9% NACL 250CC IV
*Frequency: 1 Bag stat. Dispense Amount: 1 Vial*
AZITHROMYCIN ING 500MG IV
*Frequency: 1 Vial as directed. Dispense Amount: 1 Vial*
NITROGLYCERIN TABLET 0.4MG PO
*Frequency: 1 Tablet as directed. Dispense Amount: 2 Tablet*
FUROSEMIDE INJECTION 10MG/ML 4ML IV
*Frequency: 1 Vial stat. Dispense Amount: 1 Vial*



FWB000004

**Investigations**

*LEGIONELLA ANTIBODY*
> *Results*
>> Normal
>> Completed: Jan 24, 2016 21:06 EST by Adriana Chitolu
>> RN
>> Comments: Negative

*ELECTROCARDIOGRAM COMPLETE*
> *Results*
>> Completed: Jan 24, 2016 18:20 EST by Daniela Croitoru
>> RN
> *Documents*
>> EKG

*ASSAY OF TROPONIN QUANT*
> *Results*
>> Completed: Jan 24, 2016 16:01 EST by Paula Costa
>> RN
>> Comments: 0.01ng/mL

*CBC*
> *Results*
>> Completed: Jan 24, 2016 16:18 EST by Paula Costa
>> RN

*IStat - Chem 8*
> *Results*
>> Completed: Jan 24, 2016 16:04 EST by Paula Costa
>> RN

*ASSAY OF TROPONIN QUANT*
> *Results*
>> Abnormal
>> Completed: Jan 24, 2016 15:59 EST by Paula Costa
>> RN

FWB000005

**Labs**

| iStat - Chem 8 | | Jan 24, 2016 16:04 EST | |
|---|---|---|---|
| Name | Result | Unit | Range Value |
| Hct | 38 | % | 41-50 |
| Hb | 12.9 | | 13.8-17.2 |
| Creatinine | 2.2 | mg/dl | 0.5-1.4 |
| Glucose | 260 | mg/dl | 60-110 |
| Chloride | 109 | mEq/L | 95-107 |
| Na | 146 | mEq/dl | 135-147 |
| K | 4.3 | mEq/dl | 3.5-5.2 |
| TCO2 | 22 | mmol/l | 20-29 |
| Anion gap | 20 | mmol/l | 3-11 |
| iCa | 1.14 | mmol/l | 0.87-0.83 |
| Urea nitrogen*pre dialysis | 56 | mg/dL | 7-20 |

| CBC | | Jan 24, 2016 16:18 EST | |
|---|---|---|---|
| Name | Result | Unit | Range Value |
| Hematocrit | 42.1 | % | 31-53 |
| Hemoglobin | 14.1 | g/dl | 12-17.5 |
| MCHC | 33.5 | g/dL | 31.7-36 |
| Total WBC | 11.4 | x 10^9/L | 4.3-10 |
| Granulocytes | 8.3 | 10^9/L | 1.8-7.2 |
| % Granulocytes | 73 | % | |
| Lymph+Monos | 3.1 | 10^9/L | 1.7-4.9 |
| % Lymphs+Monos | 27 | % | |
| Platelets | 151 | x 10^9/L | 140-440 |

FWB000006

| Main Vital Signs | Temperature | | Pulse | BP | RR | Pulse Oximetry | | Glucose | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | F | C | | | | SpO2 | | mg/dL | mmol/L | |
| Jan 25, 2016 06:54 EST Adriana Chitoiu RN | | | 65 reg | 122/58 | RA sit | 98 | Finger | | | |
| Jan 25, 2016 05:30 EST Adriana Chitoiu RN | | | 77 reg | | | 95 | Finger | | | |
| Jan 25, 2016 03:30 EST Adriana Chitoiu RN | | | 80 reg | | | 95 | Finger | | | |
| Jan 25, 2016 02:00 EST Adriana Chitoiu RN | | | 79 reg | | | 97 | Finger | | | |
| Jan 25, 2016 01:45 EST Adriana Chitoiu RN | | | | | | 84 | Finger | | | |
| Comments: without nasal cannula. | | | | | | | | | | |
| Jan 24, 2016 22:00 EST Adriana Chitoiu RN | | | 81 | 127/84 | RA sit | 97 | Finger | | | |
| Jan 24, 2016 21:45 EST Adriana Chitoiu RN | | | | | | 83 | Finger | | | |
| Comments: without nasal cannula | | | | | | | | | | |
| Jan 24, 2016 19:38 EST Daniela Croitoru RN | | | 70 reg | 135/66 | LA sit | 93 | Finger | | | |
| Jan 24, 2016 18:37 EST Daniela Croitoru RN | 98.6 | 37 T | 70 reg | 112/56 | LA sit | 93 | Finger | 241 | 13.4 | R |
| Comments: Back on nasal cannula 4l/min | | | | | | | | | | |
| Jan 24, 2016 17:59 EST Daniela Croitoru RN | | | 78 reg | 123/85 | LA sit | 97 | Finger | | | |
| Comments: Urinated another 300ml in the urinal | | | | | | | | | | |
| Jan 24, 2016 17:17 EST Daniela Croitoru RN | | | 80 reg | 128/60 | LA sit | 94 | Finger | | | |
| Jan 24, 2016 16:00 EST Daniela Croitoru RN | | | 88 reg | 125/60 | LA lie | 95 | Finger | | | |
| Jan 24, 2016 16:00 EST Daniela Croitoru RN | | | 78 reg | 128/60 | LA lie | 96 | Finger | | | |
| Jan 24, 2016 15:47 EST Daniela Croitoru RN | 98 | 36.7 O | 78 reg | 132/74 | RA sit | 89 | Finger | | | |
| Comments: room air | | | | | | | | | | |

| Critical Care | Ventilator Mode | Ventilator Rate | Ventilator TV | Ventilator FiO2 | Ventilator PEEP | Fluid In | Fluid out |
|---|---|---|---|---|---|---|---|
| | | bpm | cc | % | cm H2O | ml | ml |
| Jan 25, 2016 02:40 EST Adriana Chitoiu RN | | | | | | | 140 |
| Jan 25, 2016 00:50 EST Adriana Chitoiu RN | | | | | | | 140 |
| Jan 24, 2016 23:30 EST Adriana Chitoiu RN | | | | | | | 160 |
| Jan 24, 2016 22:20 EST Adriana Chitoiu RN | | | | | | | 220 |

**Disposition**
Admit to Medical Center. .

**Clinical Note Jan 25, 2016**



**Working Diagnosis**

486 - Pneumonia, organism unspecified
518.4 - Acute edema of lung, unspecified
372.30 - Conjunctivitis, unspecified
*Written by Dr Helen Johnson MBBS*

**Notes**

07:55 Patient care taken over from RN Adriana, At time of hand-over guest is sitting on the side of the bed. Oxygen in progress via nasal cannula.

08:10 I was in the laboratory when I heard the patient shouting for help at the back, When I reached the room the patient was sitting on his buttocks with his legs crossed. Patient had his socks on when tried to stand up from the bed. I noticed that there was a urinal on the floor and all the urine spilled on the floor. Noticed that patient was also incontinent of feces. Nurse Paula and I assisted patient to the chair. Asked guest whether he was hurt anywhere and he was just concerned about the small abrasion on his left forearm. Wound cleansed with Normal Saline and dressed with Mupirocin ointment, gauze and hypoallergenic tape.

08:15 Fullwash given. Noticed red mark approximately 10cm on his back ? from fall. Bedlinen changed. Clean nightgown put on and adult diaper. Made comfortable in bed.

09:30 Wife came to visit and guest had breakfast.

10:45 Guest went to bathroom and had another episode of diarrhea. Vitals done upon return from restroom. Loperamide x 2 capsules stat given. Advised guest not to drink so much Sprite and rather drink water.

11:20 Guest sleeping on his left side, SpO2=94% Oxygen being administered at 4L/min via nasal cannula.

11:30 Patient seen by Dr. Johnston and had the following orders:
- Bloods to be taken for CHEM 8, Biochemistry, INR
- Normal Saline 1L/ 12 hours
- Co-Amoxiclav AM & PM
- Azithromycin 500mg IV
- usual oral medication
- bloodglucose q 4 h & before insulin
- Lantus at bedtime

11:45 Bloods taken and analyzed as requested by Dr. Johnston. Co-Amoxiclav given (AM dose). Patient has already taken his usual medication. Infusion of Normal Saline 1L commenced at 83.3 ml/ hr via infusion pump.

16:00 Dr. Delagu came to see patient - attempted to remove nasal cannula, but guest desaturated. Nasal cannula put back.
*Written by Wilma Anguelya RN on Jan 25, 2016 at 08:46 EST*

20:30 Ordered by dr. Johnston Furosemide 40mg IV.Guest gave himself the lantus Insulin.
20:45 Placed in the remaining Normal Saline(approx 200ml) the Azythromicin 500mg running at the rate of 80ml/hour.
21:00 Placed Ciprofloxacin eye drops 2 drops in each eye as prescribed.Patient made comfortable in bed. Wants to sleep.Sp O2 96 on nasal cannula while seated at the side of the bed.BB 123/65 HR 78/min
21:30 Taken new blood sample for Che 8, as ordered by the doctor.
21:35 patient urinated 200ml in the urinal.
21:45 says he would like to sleep, but cannot because he has to urinate.Trying to sleep
*Written by Daniela Creiloru RN on Jan 25, 2016 at 20:58 EST*

Hypoxic
Confused
incontinent of urine and faeces/diarrhoea
conjunctivitis left eye

The guest has had a difficult day and presented challenging behaviour. He has not been able to tolerate oxygen delivery, manage his personal hygiene or retain short term memory, [ forgot he took insulin last night, forgot he is taking warfarin] he has been aggressive and bordering on violent.

Medically, he has remained unwell, oxygen demand remained 4-6L, desaturating to 72% at one point when he refused to wear nasal canulae.
BP remained stable, pulse steady in 80s, regular.
Early morning when examined his chest had scattered creps particularly in left lung.
During the afternoon he developed creps throughout the chest and needed furosemide 40mg IV.

Blood results this morning
INR 2.3,
Cr 2.7 BUN 60, K+ WNL, LFTs WNL

plan
rehydrate - rescue acute kidney injury - 1L normal saline over 12h, rechecked Cr 2.1 at 21:00
antibiotic oral augmentin, IV azithromycin
usual meds plus lantus - which he took before we could stop him, ? dose taken.
regular BMs through the day
he developed left eye conjuctivitis - copious yellow purulent discharge, began topical ciprofloxacin.

23:00 Jan 25 onwards
Guest has been desaturating when moving around in bed, took nasal canulae off and then became more confused. He made his way to the bathroom and refused to accept oxygen or return to room for Rx. He became cyanosed. We called security to help, they persuaded him to return to bed, put on canulae and wear O2 monitor. O2 sats dropped to 72%, but rose to 97% on 6L by prongs.
While sitting on toilet he called his wife, who then came down and stayed in the room with him and he settled down.

FWB000008

While sitting on toilet he called his wife, who then came down and stayed in the room with him and he settled down.

We have had difficult discussions with guest and his wife about how to leave the ship. We offered to call ACLS ambulance to meet ship n Bayonne, they are unhappy with plan to go direct to Bayonne Hospital. We looked at options, but private ambulance and taking oxygen in their own car to their local hospital are not safe options  He remains with a significant oxygen demand and fluctuating respiratory status.

*Written by Dr Helen Johnstan MBBS on Jan 26  2016 at 01:01 EST*

22:30 Patient maintains SaO2 at 92-93% on nasal cannula while sleeping.

1:00 Since 23:00 hrs the patient became confused and not accepting the Oxygen, or to be monitored.Me and Dr Johnston continuously watched him to make sure he has the nasal cannula on and the SaO2 is satisfactory, but it has been difficult , because the patient is resistant and aggressive, when we try to fix the nasal cannula or to measure the SaO2. He keeps tolling us to leave the room and leave him by himself. At 0:38 we had to call security,guards for help to get him out of the bathroom. He went by himself inside the bathroom, without oxygen, called his wife from the phone in the bathroom.With the help of the security guard he came back in bed.The SaO2 dropped to 72% but increased rapidly up to 96% on 6 l of oxygen. Patient is sitting on the bed. Does not want the nurse or the doctor to stay in the room .His wife came down at 1AM and stays with him in the room.

2:00 The patient has been sleeping for the last hour,since his wife came,maintains the SaO2 at 92-93% while asleep.

2:10 patient wakes up, he is confused, wants to go to the restroom.With the help of his wife, he is reminded to use the urinal. He urinates 90ml in the urinal. He is then placed back in bed, made comfortable. Goes back to sleep.

3:00 patient wakes up to urinate .Urinales 200ml in the urinal.The SaO2 while sleeping maintains between 91-93 % on nasal cannula at 6l/min. He refuses the mask. Doctor aware of the situation and the saturation of oxygen.

3:30 feels like urinating, but cannot. wants to sit on the bed,.SaO2 is 93% on 6 l/min on nasal cannula

4:30 Patient has been sleeping, maintaining the SaO2 at 92-93% .

*Written by Daniela Croitoru RN on Jan 26  2016 at 01:45 EST*

## Medications

CILOXAN EYE SOLUTION 5ML LEFT EYE
*Frequency: 3 Drop three times daily. Dispense Amount: 1 Bottle*
AZITHROMYCIN ING 500MG IV
*Frequency: 500 Milligram stat. Dispense Amount: 1 Bag*
FUROSEMIDE INJECTION 10MG/ML 4ML IV
*Frequency: 40 Milligram stat. Dispense Amount: 1 Bottle*
SALINE INJECTION NORMAL 0.9% NACL 1000ML IV
*Frequency: 1 Litre stat. Dispense Amount: 1 Bag*

## Procedures

*OXYGEN TREATMENT-1 TO 24 HRS*

*CARDIAC MONITORING PER DAY*

## Investigations

*ER*
Provider: Dr Helen Johnston MBBS
Location: Cape Liberty, Bayonne, N.J.
Notes: Thank you for seeing this 75 year old male who presented SOB and hypoxic, diagnosed with pneumonia and heart failure Jan 24 2016. He has been treated with oxygen, oral augmentin, IV azithromycin and GTN, furosemide. He remains hypoxic- oxygen demand 4-6L to keep sats > 96%- and confused, with poor diabetic control, and new conjunctivitis. He has been behaviourally challenging. He has been incontinent of urine and faeces, with diarrhoea. Thank you for taking over his care.

*iStat - Chem 8*
*Results*
   Completed: Jan 25, 2016 21:32 EST by Daniela Croitoru
   RN

*Piccolo - Biochemistry Panel Plus*
*Results*
   Completed: Jan 25, 2016 12:29 EST by Wilma Augustyn
   RN

*iStat - Coagulation*
*Results*
   Completed: Jan 25, 2016 12:22 EST by Wilma Augustyn
   RN

*Piccolo - Biochemistry Panel Plus*
*Results*
   Completed: Jan 25, 2016 12:14 EST by Wilma Augustyn
   RN

*iStat - Chem 8*
*Results*
   Completed: Jan 25, 2016 12:20 EST by Wilma Augustyn
   RN

## Labs

| Piccolo - Biochemistry Panel Plus | | Jan 25, 2016 12:29 GMT | |
| --- | --- | --- | --- |
| Name | Result | Unit | Range Value |
| Glucose | 188 | mg/dL | 73-118 |


Powered by SeaCare

(9800000092125300) HOWARD BODNER - Apr 15, 1940 | Page 9 of 13

**Piccolo - Biochemistry Panel Plus**  Jan 25, 2016 12:29 GMT

| Name | Result | Unit | Range Value |
|---|---|---|---|
| Urea nitrogen | 60 | mg/dL | 7-22 |
| Creatinine | 2.7 | mg/dL | 0.6-1.2 |
| Urate | 7.2 | mg/dL | 2.2-8.0 |
| Calcium | 8.4 | mg/dL | 8-10.3 |
| Albumin | 3.0 | g/dL | 3.3-5.5 |
| Protein | 6.8 | g/dL | 6.4-8.1 |
| Alanine aminotransferase | 29 | U/L | 10-47 |
| Aspartate aminotransferase | 22 | U/L | 11-38 |
| Alkaline phosphatase | 81 | U/L | 42-141 |
| Gamma glutamyl transferase | 21 | U/L | 5-65 |
| Amylase | 16 | U/L | 14-97 |
| C reactive protein | --- | mg/L | 0-7.5 |

**Piccolo - Biochemistry Panel Plus**  Jan 25, 2016 12:14 GMT

| Name | Result | Unit | Range Value |
|---|---|---|---|
| Glucose | | mg/dL | 73-118 |
| Urea nitrogen | | mg/dL | 7-22 |
| Creatinine | | mg/dL | 0.6-1.2 |
| Urate | | mg/dL | 2.2-8.0 |
| Calcium | | mg/dL | 8-10.3 |
| Albumin | | g/dL | 3.3-5.5 |
| Protein | | g/dL | 6.4-8.1 |
| Alanine aminotransferase | | U/L | 10-47 |
| Aspartate aminotransferase | | U/L | 11-38 |
| Alkaline phosphatase | | U/L | 42-141 |
| Gamma glutamyl transferase | | U/L | 5-65 |
| Amylase | | U/L | 14-97 |
| C reactive protein | | mg/L | 0-7.5 |

**IStat - Chem 8**  Jan 25, 2016 21:32 EST

| Name | Result | Unit | Range Value |
|---|---|---|---|
| Hct | 33 | % | 41-50 |
| Hb | 11.2 | | 13.8-17.2 |
| Creatinine | 2.1 | mg/dl | 0.6-1.4 |
| Glucose | 215 | mg/dl | 50-110 |
| Chloride | 108 | mEq/L | 95-107 |
| Na | 149 | mEq/dl | 135-147 |
| K | 3.9 | mEq/dl | 3.5-5.2 |
| TCO2 | 22 | mmol/l | 20-29 |
| Anion gap | 24 | mmol/l | 3-11 |
| ICa | 0.70 | mmol/l | 0.87-0.83 |
| Urea nitrogen^pre dialysis | 57 | mg/dL | 7-20 |

FWB000010

| IStat : Chem 8 | | Jan 25, 2016 11:22 EST | | |
|---|---|---|---|---|
| **Name** | **Result** | **Unit** | | **Range Value** |
| Hct | 35 | % | | 41-50 |
| Hb | 12.2 | | | 13.8-17.2 |
| Creatinine | 2.5 | mg/dl | | 0.5-1.4 |
| Glucose | 190 | mg/dl | | 60-110 |
| Chloride | 109 | mEq/L | | 95-107 |
| Na | 145 | mEq/dl | | 136-147 |
| **K** | 4.3 | mEq/dl | | 3.5-5.2 |
| TCO2 | 29 | mmol/l | | 20-29 |
| Anion gap | 12 | mmol/l | | 3-11 |
| iCa | 1.11 | mmol/l | | 0.67-0.83 |
| Urea nitrogen^pre dialysis | 58 | mg/dL | | 7-20 |

| IStat - Coagulation | | Jan 25, 2016 12:22 EST | |
|---|---|---|---|
| **Name** | **Result** | **Unit** | **Range Value** |
| PT | 26.4 | Seg | 25-41 |
| INR | 2.3 | | 0.9-1.2 |

| Main Vital Signs | Temperature | | Pulse | BP | RR | Pulse Oximetry | | Glucose | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | F | C | | | | SpO2 | | mg/dL | mmol/L | |
| Jan 25, 2016 18:57 EST Wilma Augustyn RN | | | 69 reg | 142/51 LA sit | | 97 | Finger | 191 | 10.6 | R |
| Comments: Patient sitting on the edge of the bed. Just had his dinner. Vitals done. Oxygen in progress at 4L/min. Evening medication given. Normal Saline Infusion in progress at 83.3ml/hr. Noticed yellow discharge from left eye. Dr. H. Johnston informed. | | | | | | | | | | |
| Jan 25, 2016 15:57 EST Wilma Augustyn RN | | | | | | | | 221 | 12.3 | R |
| Jan 25, 2016 15:48 EST Wilma Augustyn RN | | | 69 reg | 119/78 RA sit | | 94 | Finger | | | |
| Jan 25, 2016 12:56 EST Wilma Augustyn RN | 98 | 36.7 O | | | | | | | | |
| Jan 25, 2016 12:36 EST Wilma Augustyn RN | | | | | | | | 188 | 10.4 | R |
| Jan 25, 2016 10:45 EST Wilma Augustyn RN | | | 64 reg | 102/55 LA lie | | 97 | Finger | | | |
| Comments: On 4 L of O2 via nasal cannula | | | | | | | | | | |

Powered by: SeaCare

FWB000011

Medical record for Jan 26, written by Dr Helen Johnston and Dr Rosaria Delogu. Dr Johnston last saw patient at 01:30. By this time his wife had arrived, and the guest became once again co-operative, was settled in bed, accepting oxygen by nasal prongs. Obs at this time no respiratory distress, no tachycancea, sats 94% on 6L by nasal cannulae, cardiovascularly stable : BP 130/70, HR 80-90 regular. Continuous monitoring, awaiting arrival in Bayonne, referral letter written, ambulance on arrival at pier 6am. 5.50am Dr Rosaria Delogu at the medical facility in order to hand over to ambulance team as arranged. Patient woken up by nurse ready for arrival in port, at this point very confused and refusing nasal cannulae, established that at this point the patient needs to be intubated. Chest examination shows reduced air entry, with same right basal crepitations, still cardiovascularly stable. Ship was docking, bridge called to find out exact time of arrival and asked if ambulance was on the pier - In order to decide whether to intubate on the ship or transfer to hospital, considering the predictably difficult intubation [short neck with reduced mobility, patient obese, reduced mouth opening, large tongue]. Ambulance on pier, patient extremely agitated, physically very strong, refusing oxygen and any attempt at monitoring. Ambulance team arrived and told us that it was at least ten minutes to hospital, decision taken to intubate immediately. Intubation attempted twice [150mg suxamethonium, propofol titrated to achieve sedation] with normal blade and long blade, but unsuccessful. Patient ventilated with mask/ambu-bag, until saturations up to 97%. Intubation attempted by ambulance team with fibreoptic laryngoscope, again without success. CVS stable. Ambulance team then placed King tube, but saturations started dropping despite this airway device and ambu bag ventilation. At some point decision is made to request assistance from ICU retrieval team, Dr Johnston spoke with this team by phone, but then decision made to cancel the request. Shortly after ambulance team formally handed back patient to ship medical team, once again ICU ambulance requested. Ship medical team continued to ventilate via King tube, but patient becomes cardiovascularly unstable, blood pressure 80/40, heart rate 40, peri-arrest. 7:53 cardiac arrest with asystole, CPR started, epinephrine every 3 minutes x 4, good CPR confirmed on monitor, [08:07 sat O2 detected 74%, BP 78/43] but patient still PEA, 08:15 ICU ambulance team arrived and took over, patient transferred to Bayonne Hospital, CPR in progress.

*Created by: Dr Helen Johnston MBBS on Jan 30, 2016 00:05 BOT*

## Clinical Note Jan 26, 2016

**Triage Chief Complaint**

Patient attends clinic for Encounter open to continue notes.

**Triage Entered By**

Daniela Croitoru RN on Jan 26, 2016 at 09:59 EST

**Priority**



**Notes**

5:30 Monitoring continuously the patient for his saturation to maintain at 92-93% as ordered by doctor Johnston,which he maintains during sleep.Did not attempt to remove the nasal cannula.The BP maintains good 123/66 HR 90/min

5:50 I woke up the patient to fix better the nasal cannula because it has slipped out from one of the nostrils.Patient says he does not want it. His wife tries to convince him to keep it on, but he keeps on pushing our hands and sits upright on the bed. Wife says I should not try to fix it, but let him do it instead, even though he does not want to do it. Dr. Delogu,who is in the Medical facility is informed and asked for help.His saturation rapidly drops to 86% without O2 . Switched to non rebreathalk mask at 12l/min and with the help of two doctors ,two nurses and his wife he keeps the mask on his face on and off and the SaO2 increases to 95%.

6:00 The paramedics from shoreside come on board and take over the patient. Everything is prepared for intubation. All medical team present .Sedation is given with Propofol first and succynilcholina .,Patient starts to be oxygenated with Ambu bag, responding well, with the SaO2 98%. 1st attempt to intubate is made, unsuccessful.Patient is suctioned.Continue to use the Ambu Bag for ventilation, the SaO2 is improving 98% . 2nd attempt of intubation is made, patient is suctioned. Continue to use Ambu Bag to improve oxygenation .SaO2 97%.The 3rd attempt is made by the paramedics, with the Propofol and Succynilcholin ordered by the doctor for sedation(since the patient wakes up). Attempt unsuccessful. BP stable, Normal Sinus Rhythm. The paramedics decided to place the King tube. The SaO2 drops to 88 while on the King Tube. The saturation continues to drop and reaches 77%. At around 7:30,the paramedics handed over the patient back to us and an ICU ambulance with the doctor is called instead. Continue to ventilate the patient through king tube with no improvement in saturation of oxygen.BP drops to 86/40 and Hr slows to 40/min.At 7:53 patient goes in asystole as shown on the cardiac monitor, the pulse cannot be detected and CPR started. At 7:56 first Epinephrine 1mg IV given and continue CPR . Epinephrine given every three minutes, in total 4 doses.A BP of 72/25 is obtained on his left arm, but the pulse cannot be palpated and still asystole showing .CPR continued. At around 7:15 the ICU ambulance comes from shore side with ICU dr and personnel and take over the patient while performing CPR.

*Written by Daniela Croitoru RN on Jan 26, 2016 at 10:10 EST*

| Main Vital Signs | Temperature | | Pulse | BP | | RR | Pulse Oximetry | | Glucose | |
|---|---|---|---|---|---|---|---|---|---|---|
| | F | C | | | | | SpO2 | | mg/dL | mmol/L |
| Jan 26, 2016 23:00 EST Daniela Croitoru RN | | | 89   reg | 125/70 | RA lie | | 92 | Finger | | |
| Jan 26, 2016 05:00 EST Daniela Croitoru RN | | | 90   reg | 129/66 | RA lie | | 93 | Finger | | |
| Jan 25, 2016 23:00 EST Daniela Croitoru RN | | | | 126/70 | RA sit | | | | | |
| Comments: Entered entrance with wrong date 26th instead of 25th | | | | | | | | | | |
| Jan 25, 2016 20:30 EST Daniela Croitoru RN | | | | 136/70 | RA lie | | 93 | Finger | | |



Medical record for Jan 26, written by Dr Helen Johnston and Dr Rosaria Delogu. Dr Johnston last saw patient at 01:30. By this time his wife had arrived, and the guest became once again co-operative, was settled in bed, accepting oxygen by nasal prongs. Obs at this time no respiratory distress, no tachypnoea, sats 94% on 6L by nasal canulae, cardiovascularly stable : BP 130/70, HR 80-90 regular. Continuous monitoring, awaiting arrival in Bayonne, referral letter written, ambulance on arrival at pier 6am. 5.50am Dr Rosaria Delogu at the medical facility in order to hand over to ambulance team as arranged. Patient woken up by nurse ready for arrival in port, at this point very confused and refusing nasal canulae, established that at this point the patient needs to be intubated. Chest examination shows reduced air entry, with same right basal crepitations, still cardiovascularly stable. Ship was docking, bridge called to find out exact time of arrival and asked if ambulance was on the pier - in order to decide whether to intubate on the ship or transfer to hospital, considering the predictably difficult intubation [short neck with reduced mobility, patient obese, reduced mouth opening, large tongue]. Ambulance on pier, patient extremely agitated, physically very strong, refusing oxygen and any attempt at monitoring. Ambulance team arrived and told us that it was at least ten minutes to hospital, decision taken to intubate immediately. Intubation attempted twice [150mg suxamethonium, propofol titrated to achieve sedation] with normal blade and long blade, but unsuccessful. Patient ventilated with mask/ambu-bag, until saturations up to 97%. Intubation attempted by ambulance team with fibreoptic laryngoscope, again without success. CVS stable. Ambulance team then placed King tube, but saturations started dropping despite this airway device and ambu bag ventilation. At some point decision is made to request assistance from ICU retrieval team, Dr Johnston spoke with this team by phone, but then decision made to cancel the request. Shortly after ambulance team formally handed back patient to ship medical team, once again ICU ambulance requested. Ship medical team continued to ventilate via King tube, but patient becomes cardiovascularly unstable, blood pressure 80/40, heart rate 40, peri-arrest. 7:53 cardiac arrest with asystole. CPR started, epinephrine every 3 minutes x 4, good CPR confirmed on monitor, [08:07 sat O2 detected 74%, BP 78/43] but patient still PEA. 08:15 ICU ambulance team arrived and took over, patient transferred to Bayonne Hospital, CPR in progress.
*Created by: Dr Helen Johnston MBBS on Jan 30, 2016 00:02 BOT*

Medical record for Jan 26, written by Dr Helen Johnston and Dr Rosaria Delogu. Dr Johnston last saw patient at 01:30. By this time his wife had arrived, and the guest became once again co-operative, was settled in bed, accepting oxygen by nasal prongs. Obs at this time no respiratory distress, no tachypnoea, sats 94% on 6L by nasal canulae, cardiovascularly stable : BP 130/70, HR 80-90 regular. Continuous monitoring, awaiting arrival in Bayonne, referral letter written, ambulance on arrival at pier 6am. 5.50am Dr Rosaria Delogu at the medical facility in order to hand over to ambulance team as arranged. Patient woken up by nurse ready for arrival in port, at this point very confused and refusing nasal canulae, established that at this point the patient needs to be intubated. Chest examination shows reduced air entry, with same right basal crepitations, still cardiovascularly stable. Ship was docking, bridge called to find out exact time of arrival and asked if ambulance was on the pier - in order to decide whether to intubate on the ship or transfer to hospital, considering the predictably difficult intubation [short neck with reduced mobility, patient obese, reduced mouth opening, large tongue]. Ambulance on pier, patient extremely agitated, physically very strong, refusing oxygen and any attempt at monitoring. Ambulance team arrived and told us that it was at least ten minutes to hospital, decision taken to intubate immediately. Intubation attempted twice [150mg suxamethonium, propofol titrated to achieve sedation] with normal blade and long blade, but unsuccessful. Patient ventilated with mask/ambu-bag, until saturations up to 97%. Intubation attempted by ambulance team with fibreoptic laryngoscope, again without success. CVS stable. Ambulance team then placed King tube, but saturations started dropping despite this airway device and ambu bag ventilation. At some point decision is made to request assistance from ICU retrieval team, Dr Johnston spoke with this team by phone, but then decision made to cancel the request. Shortly after ambulance team formally handed back patient to ship medical team, once again ICU ambulance requested. Ship medical team continued to ventilate via King tube, but patient becomes cardiovascularly unstable, blood pressure 80/40, heart rate 40, peri-arrest. 7:53 cardiac arrest with asystole. CPR started, epinephrine every 3 minutes x 4, good CPR confirmed on monitor, [08:07 sat O2 detected 74%, BP 78/43] but patient still PEA. 08:15 ICU ambulance team arrived and took over, patient transferred to Bayonne Hospital, CPR in progress.
*Created by: Dr Helen Johnston MBBS on Jan 30, 2016 00:01 BOT*

Medical record for Jan 26, written by Dr Helen Johnston and Dr Rosaria Delogu. Dr Johnston last saw patient at 01:30. By this time his wife had arrived, and the guest became once again co-operative, was settled in bed, accepting oxygen by nasal prongs. Obs at this time no respiratory distress, no tachypnoea, sats 94% on 6L by nasal canulae, cardiovascularly stable : BP 130/70, HR 80-90 regular. Continuous monitoring, awaiting arrival in Bayonne, referral letter written, ambulance on arrival at pier 6am. 5.50am Dr Rosaria Delogu at the medical facility in order to hand over to ambulance team as arranged. Patient woken up by nurse ready for arrival in port, at this point very confused and refusing nasal canulae, established that at this point the patient needs to be intubated. Chest examination shows reduced air entry, with same right basal crepitations, still cardiovascularly stable. Ship was docking, bridge called to find out exact time of arrival and asked if ambulance was on the pier - in order to decide whether to intubate on the ship or transfer to hospital, considering the predictably difficult intubation [short neck with reduced mobility, patient obese, reduced mouth opening, large tongue]. Ambulance on pier, patient extremely agitated, physically very strong, refusing oxygen and any attempt at monitoring. Ambulance team arrived and told us that it was at least ten minutes to hospital, decision taken to intubate immediately. Intubation attempted twice [150mg suxamethonium, propofol titrated to achieve sedation] with normal blade and long blade, but unsuccessful. Patient ventilated with mask/ambu-bag, until saturations up to 97%. Intubation attempted by ambulance team with fibreoptic laryngoscope, again without success. CVS stable. Ambulance team then placed King tube, but saturations started dropping despite this airway device and ambu bag ventilation. At some point decision is made to request assistance from ICU retrieval team, Dr Johnston spoke with this team by phone, but then decision made to cancel the request. Shortly after ambulance team formally handed back patient to ship medical team, once again ICU ambulance requested. Ship medical team continued to ventilate via King tube, but patient becomes cardiovascularly unstable, blood pressure 80/40, heart rate 40, peri-arrest. 7:53 cardiac arrest with asystole. CPR started, epinephrine every 3 minutes x 4, good CPR confirmed on monitor, [08:07 sat O2 detected 74%, BP 78/43] but patient still PEA. 08:15 ICU ambulance team arrived and took over, patient transferred to Bayonne Hospital, CPR in progress.
*Created by: Dr Helen Johnston MBBS on Jan 30, 2016 00:00 BOT*





FWB000014



15:46:15 24 JAN 16  HR= 70  DEVICE ID:0000000000  PATIENT NAME:

DEVICE ID:0000000000
RECORDED:15:46:15 24 JAN 16
PATIENT NAME: *(handwritten)* Gronika Rodriguez
PATIENT ID#:201601241545
PATIENT AGE:75
PATIENT SEX: Male

Vent rate        70
PR interval     352 ms
QRS Duration:   164 ms
QT/QTc   434/468 ms
P-R-T axes  -16 -88 -87

Normal sinus rhythm with 1st degree AV block
Left axis deviation
Right bundle branch block
Inferior infarct, age undetermined
Anterolateral infarct, age undetermined
Abnormal ECG
*** Unconfirmed.***

FWB000015





FWB000017

Submit Prescription claims to:
Medco Health Solutions, Inc.
P.O. Box 14718, Lexington, KY 40512

Customer Service:                    TTY/TDD line:
1-800-758-4574                   1-800-716-3231

www.medco.com

1. ...only, your card will help you when you are away from home.
2. Let your hospital or doctor see your card when you require hospital, medical or health services under Medicare.
3. Get in touch with your social security office if you have questions about your rights under Medicare.
4. Your card is good wherever you live in the United States.

WARNING: Issued only for the use of the named beneficiary, intentional misuse of this card is unlawful and will make the offender liable to penalty.

PROPERTY OF UNITED STATES GOVERNMENT.
IF FOUND DROP IN NEAREST U.S. MAIL BOX.

HEALTH CARE FINANCING ADMINISTRATION
Baltimore, MD 21244
Form HCFA-1960 (10-90)

 

**Horizon.**

www.horizonblue.com

Member Services:                        1-888-276-4299
For Emergency Services:                          911
Hearing Impaired:                  1-800-855-2881
Provider Services:                 1-800-624-1110

Hospitals or Providers: File claims with local Blue Cross and/or Blue Shield Plan.
Members: See your Benefit Booklet for covered services. Possession of this card does not guarantee eligibility for benefits.
Coverage issued by Horizon Insurance Company, a subsidiary of Horizon BCBSNJ. Independent licensee of the Blue Cross Blue Shield Association.

Providers/Members/Medicare Secondary Claims
Horizon BCBSNJ
PO BOX 1609
NEWARK, N.J. 07101-1609

Send Premiums to:
Horizon BCBSNJ
PO BOX 22439
NEWARK, N.J. 07101



**Medco Medicare** Prescription Plan

| | |
|---|---|
| RxBin | 610014 |
| RxPcn | MEDDPRIME |
| RxGrp | RXMEDD1 |
| Issuer | 80840 |
| ID No. | 6126916982280 |
| Name | HOWARD BODNER |

Choice plan option



CMS-S5660 035

Horizon.   

Horizon
Medigap

Horizon Blue Cross Blue Shield of New Jersey

| Member Name | PLAN J |
|---|---|
| H BODNER | |
| Member ID Number | |
| YHR3HZN61267610 | |

| PRODUCT CODE | 81976 |
|---|---|
| CONTRACT TYPE | SINGLE |
| EFFECTIVE DATE | 07/01/2013 |
| BC/BS PLAN CODES | 280/780 |

   

## Guest Landed Report
### (This is not a death certificate)

| E-mail Report & Medical Notes / Referral to: | CareTeam@rccl.com | Vessel: | AN |
|---|---|---|---|

**E-mail Report & Medical Notes / Referral to:** CareTeam@rccl.com

Report Submitted (date): 1.26.16          Security notified? ☒ Yes  ☐ No

Ship's Doctor: Dr. H. Johnston, Dr. R. Delogu   Ship's Nurse: Wilma Augustyn RN, D. Croitoru RN

Time Guest Landed: _08:20PM_          Time CareTeam notified:_Yes___

Vessel: **AN**
Voyage #: **33027**
Sail date: **1/15/16**
Cabin Number: **8656**
Booking Number:

### GUEST INFORMATION (*Compulsory field)

*Name(last, first, middle):
**Bodner, Howard**

*Gender: ☒ Male  ☐ Female
*Email:
*Date of Birth(mm/dd/yy): 4/15/40

*Home Address: **14 Turnberry Dr. Lincroft New Jersey USA**

*Cellphone Number: **732-245-0681**

☒ *Emergency Contact  ☐ Next of Kin     *Name: **Bodner, Sheila (WIFE)**     *Cellphone Number: **732-245-0681**

*Documentation:
☒ Passport  ☐ Visa  ☐ Birth Certificate  ☐ Alien Registration

*Primary Language Spoken: **ENGLISH**

*Document No. **509804316**     *Issuing Country **USA**     *Country of Citizenship: **USA**

*Travel Insurance Company: Horizon     *Policy No.: YHR3HZN61267610     *Phone: **732-245-0681**

*Health Insurance Company: MEDICARE     *Policy No.: 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-A     *Phone 1-800-633-4227

### TRAVELLING COMPANION INFORMATION (*Compulsory field)

| *Traveling Companion's Name: | *Stateroom No.: | Booking No. | *Cellphone Number.: | Primary language spoken: |
|---|---|---|---|---|
| Bodner, Sheila (WIFE) | 8656 | | same | ENGLISH |
| Total Number of People in Party: 2 | Number of Children in Party: | | Ages of Children: | |

### MEDICAL EVALUATION (*Compulsory field)

☒ Medical Referral / Evacuation     ☐ Death - Was Next of Kin notified? ☐Yes ☐No     *Location: **Bayonne NJ**

*Date of Onset of Symptoms or Injury:
1.24.16

*Description of illness or injury / event:
- 486 - Pneumonia, organism unspecified
- 518.4 - Acute edema of lung, unspecified
- 372.30 - Conjunctivitis, unspecified

*Rev: September 2015*
FWB000020

   

| *Diagnosis or presumed Cause of Death: | *Specialty required: **ER** |
|---|---|
| *Type of transportation required (Taxi / BLS / ALS ambulance): **AMBULANCE** | Additional requirements for transfer (ventilator/nurse/doctor/oxygen): |
| *Mobility (wheelchair/stretcher/walks with assistance/fully mobile): Stretcher | *Request for Private or Public Hospital: **Public** |

## LANDED INFORMATION (*Compulsory field)

| *Date Landed:<br>**1.26.16** | *Port Landed:<br>**Bayonne** | *Landed to (hospital/hotel name, telephone number, city and country):<br>**Bayonne Medical Center**<br>• **29 E 29th St, Bayonne, NJ 07002**<br>• **(201) 858-5000** | |
|---|---|---|---|
| Disposition of Personal Property:<br>**w/ Guest** | | Was Guest allowed to re-board?<br>☐ Yes   ☒ No | |

*Port Agent Notified?

☒ Yes   ☐ No   If "Yes", indicate agent's name and telephone number: **Kelly Machado Mobile: (+1) 347-443-3284**

| Disembarking Traveling Companion 1 Name:<br>**same** | Stateroom No.: | Booking No.:<br>**same** | Cellphone Number.: | Primary Language: | Mobility/ Special needs: * |
|---|---|---|---|---|---|
| Disembarking Traveling Companion 2 Name: | Stateroom No.: | Booking No.: | Cellphone Number.: | Primary Language: | Mobility/ Special needs: |

| *Was a CTA assigned to the guest?<br>☐ Yes   ☒ No | | *If yes, contact cellphone number for CTA: |
|---|---|---|
| *Name of CTA and position: | *CTA disembarking with guest?<br>☐ Yes   ☒ No | *If yes, confirm CTA given contact details for CareTeam Specialist, Port Agent, petty cash and medical facility cellphone (if necessary):<br>☐ Yes   ☐ No |
| *Confirm landing letter supplied to guest: ☒ Yes   ☐ No | | |

## VESSEL DEVIATED (complete this section only if vessel's schedule / itinerary was affected by landing)

| ☐ Turned around?   ☐ Speed increased?<br>☐ Port changed?   ☐ Evacuation at Sea? | Details: |
|---|---|

Rev: September 2015

FWB000021